■ In the Matter of the Claim of GREGORY S. OLIVER, Respondent, against AMERICAN LEGION CHILDREN'S CAMP, Appellant, and STATE INSURANCE FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of EDWARD MALOOMIAN, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Application for an extension of time within which to perfect appeal granted and the time is extended to April 15, 1958. Application for appointment of counsel to represent claimant-appellant denied on the ground that the appeal is not from a decision of the Appeal Board in favor of claimant. (Labor Law, § 538, subd. 1, pars. [d], [e].) Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ In the Matter of the Claim of ARTHUR T. POPOVICH, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Application for appointment of an attorney to represent claimant-appellant upon appeal. Application denied on the ground that the appeal is not from a decision of the Appeal Board in favor of claimant. (Labor Law, § 538, subd. 1, pars. [d], [e].) Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

## FOURTH DEPARTMENT, JANUARY, 1958

## (January 8, 1958)

■ RAYMOND M. BETTS, Appellant, v. ANTHONY A. DE JOHN, Respondent. — Appeal dismissed, without costs, upon stipulation.

■ ELMER DRAPER, Appellant, v. HAROLD L. WOOD, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ ANTHONY BRZOSKA, Plaintiff, v. STANLEY DOMKIEWICZ et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ GEORGE A. SASSE, Appellant, v. MILFORD J. HARTLOFF, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ JOSEPH ST. ANDREWS, by MARION E. ST. ANDREWS, His Special Guardian, Appellant, v. THOMAS DENNY, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ MARTIN S. MARSH, an Infant, etc., Respondent, v. RAYMOND V. JOHNSON, Appellant. RAYMOND JOHNSON et al., Appellants, v. MARTIN MARSH et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ LOUISE KNOWLES, Respondent, v. ROBERT P. KNOWLES, Appellant.— Motion granted and appeal dismissed, without costs.

■ LOUISE G. STRICK, Respondent, v. RICHARD S. STRICK, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of GEORGE P. DEARMYER, as Administrator of the Estate of WILLIAM F. BRUSSO, Deceased, et al., Appellants, against ALMINA S. LARSEN, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ ROBERT E. ERICKSON, Appellant, v. GLENN JOHNSON, Respondent. LLOYD C. HOYT, Appellant, v. GLENN JOHNSON, Respondent.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS KOONS, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JACKSON, Appellant.— Motion granted and appeal dismissed.